MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

MATTHEW L. McCARTHY (CABN 217871)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6838
   Facsimile: (415) 436-7234
   Matthew.McCarthy@usdoj.gov

Attorneys for the United States of America

**FILED**
JUL 16 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:13 mj - 70823 NJV |
| Plaintiff, | UNITED STATES' MOTION TO SEAL DOCUMENTS AND [PROPOSED] ORDER |
| v. | |
| RYAN ALAN BALLETTO, and | |
| PATRICK STEVEN PEARMAIN, | |
| Defendants. | |



The government hereby moves the Court for an Order sealing (1) this motion, (2) the Criminal Complaints, (3) the Affidavits in support thereof, (4) the Arrest Warrants, (5) the Writ Ad Prosequendum and (6) the Sealing Order until further order of the Court. The government believes that disclosure of the existence of these documents and/or the information contained therein may jeopardize the progress of an ongoing investigation and may result in the concealment or destruction of evidence and/or the flight of additional targets.

DATED: July 12, 2013

Respectfully Submitted,

MELINDA HAAG
United States Attorney

/s/
MATTHEW L. McCARTHY
Assistant United States Attorney

## ORDER

Based upon the motion of the Government and for good cause shown, IT IS HEREBY ORDERED that (1) this motion, (2) the Criminal Complaints, (3) the Affidavits in support thereof, (4) the Arrest Warrants, (5) the Writ Ad Prosequendum and (6) the Sealing Order until further order of the Court be SEALED until further order of the Court, except that the government may obtain copies of any such sealed documents from the Clerk of the Court as may be necessary during the investigation and prosecution of the case, and a copy of the Warrants may be served at the time they are executed.

DATED: 7/16/13

HON. NANDOR J. VADAS
Chief Magistrate Judge