BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

MATTHEW L. McCARTHY (CABN 217871)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Matthew.mccarthy@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 13-0515 CRB |
|     Plaintiff, | ) |
|     v. | ) [PROPOSED] STIPULATED ORDER CONTINUING STATUS CONFERENCE |
| RYAN BALLETTO, | ) |
|     Defendant. | ) |

[PROPOSED] STIPULATED ORDER CONTINUING STATUS CONFERENCE
CR 14-0275 CRB

1  The above-captioned case is currently scheduled for a status conference on December 14,
2  2016. However, the clerk of the Court has informed the parties that the Court will be unavailable on that
3  date. The parties have discussed the matter and now jointly request that the status conference be
4  continued to January 4, 2017.
5  Further, the parties stipulate and jointly request that time be excluded from the Speedy Trial Act
6  calculations from December 14, 2016 through January 4, 2017 for effective preparation of counsel. The
7  parties agree that the ends of justice served by granting such a continuance outweighed the best interests
8  of the public and the defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).
9  Pursuant to 18 U.S.C. § 3161, and Crim. Loc. Rule 47-2(c), there are seventy (70) days
10 remaining before the trial in this case must commence.
11 IT IS SO STIPULATED.

13 DATED 12-9-2016                MELINDA HAAG
                                  United States Attorney
14                                Northern District of California

15                                       /s/
                                  MATTHEW L. McCARTHY
16                                Assistant United States Attorney

19 DATED 12-9-2016                       /s/
                                  JAMES THOMPSON
                                  Attorney for Defendant

[PROPOSED] STIPULATED ORDER CONTINUING STATUS CONFERENCE
CR 14-0275 CRB

1 **[PROPOSED] ORDER**

2   For good cause shown, this matter shall be added to the Court's calendar on January 4, 2017 at 2:00 p.m. for a status conference.

In addition, for the reasons stated above, the Court finds that an exclusion of time from December 8, 2016 through January 4, 2017 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

Pursuant to 18 U.S.C. § 3161, and Crim. Loc. Rule 47-2(c), there are seventy (70) days remaining before the trial in this case must commence.

IT IS SO ORDERED.

DATED   12/9/2016

HON. CHARLES R. BREYER
United States District Court Judge

[PROPOSED] STIPULATED ORDER CONTINUING STATUS CONFERENCE
CR 14-0275 CRB