# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**v.**<br>Ryan Alan Balletto | )  **JUDGMENT IN A CRIMINAL CASE**<br>)<br>)<br>)  USDC Case Number:  CR-13-00515-001 CRB<br>)  BOP Case Number:  DCAN313CR00515-001<br>)  USM Number:  18548-111<br>)  Defendant's Attorney:  James Scott Thomson (Appointed) |

**THE DEFENDANT:**

☑ pleaded guilty to count(s): <u>One, Three, and Four of the Indictment.</u>

☐ pleaded nolo contendere to count(s): which was accepted by the court.

☐ was found guilty on count(s): after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. §§ 846, 841(b)(1)(A) | Conspiracy to Manufacture, Possess with Intent to Distribute, and Distribute Marijuana | May 1, 2013 | 1 |
| 18 U.S.C. § 924(c) | Possession of Firearms in Furtherance of Narcotics Trafficking | May 1, 2013 | 3 |
| 21 U.S.C. §§ 861, 841(b)(1)(A) | Employment of a Minor to Violate Drug Laws | May 1, 2013 | 4 |

The defendant is sentenced as provided in pages 2 through  11  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s):

☑ Count <u>Two of the Indictment</u> is dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

7/10/2019
Date of Imposition of Judgment

Signature of Judge
The Honorable Charles R. Breyer
<u>Senior United States District Judge</u>
Name & Title of Judge

<u>July 31, 2019</u>
Date

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
      372 months. This term consists of 312 months on each of Counts One and Three, each term to run concurrently, and 60
      months on Count Four, to run consecutive to Counts One and Three.

The appearance bond is hereby exonerated, or upon surrender of the defendant as noted below.  Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Cash Security form on file in the Clerk's Office.

☑    The Court makes the following recommendations to the Bureau of Prisons:
      designate at a facility within the Northern District of California secondary to treatment needs.

☑    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

      ☐    at  on  (no later than 2:00 pm).

      ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

      ☐    at  on  (no later than 2:00 pm).

      ☐    as notified by the United States Marshal.

      ☐    as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at
_____ , with a certified copy of this judgment.

_____
             UNITED STATES MARSHAL

By  _____
             DEPUTY UNITED STATES MARSHAL

DEFENDANT: Ryan Alan Balletto
CASE NUMBER: CR-13-00515-001 CRB

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:  15 years.  This term consists of 15 years on each of Counts One, Three, and Four, each Count to run concurrently.

## MANDATORY CONDITIONS OF SUPERVISION

1) You must not commit another federal, state or local crime.

2) You must not unlawfully possess a controlled substance.

3) You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☑ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*

4) ☑ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*

5) ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*

6) ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*

7) ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court, and bring about improvements in your conduct and condition.

1) You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of RELEASE, unless the probation officer instructs you to report to a different probation office or within a different time frame.

2) After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

3) You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

4) You must follow the instructions of the probation officer related to the conditions of supervision.

5) You must answer truthfully the questions asked by your probation officer.

6) You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with, for example), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

7) You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by these and the special conditions of your supervision that he or she observes in plain view.

8) You must work at least part-time (defined as 20 hours per week) at a lawful type of employment unless excused from doing so by the probation officer for schooling, training, community service or other acceptable activities. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

9) You must not communicate or interact with someone you know is engaged in criminal activity. You must not associate, communicate, or interact with any person you know has been convicted of a felony, unless granted permission to do so by the probation officer.

10) If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

11) The defendant shall not act as a confidential informant without first notifying the probation officer.

12) You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

☐ If the probation officer determines that you pose a risk to a third party, the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk. *(check if applicable)*

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision upon a finding of a violation of probation or supervised release.

(Signed) _____     _____
               Defendant                                                                       Date

_____     _____
               U.S. Probation Officer/Designated Witness                         Date

# SPECIAL CONDITIONS OF SUPERVISION

1. You must have no contact with victim, unless otherwise directed by the probation officer. You must not have any contact with a minor under the age of 18, unless such contact is authorized by the probation officer.

2. You must participate in vocational training as directed by the Probation Officer.

3. You must pay any special assessment that is imposed by this judgment and that remains unpaid at the commencement of the term of supervised release.

4. You must make an application to register as a drug offender pursuant to state law.

5. You must not have contact with any codefendant in this case, namely Patrick Pearmain.

6. You must cooperate in the collection of DNA as directed by the probation officer.

7. You must submit your person, residence, office, vehicle, electronic devices and their data (including cell phones, computers, and electronic storage media), or any property under your control to a search. Such a search shall be conducted by a United States Probation Officer or any federal, state or local law enforcement officer at any time with or without suspicion. Failure to submit to such a search may be grounds for revocation; you must warn any residents that the premises may be subject to searches.

8. You must not frequent or loiter within 100 feet of any location where children are likely to gather or have contact with any child under the age of 18 unless otherwise approved by the probation officer. Children are likely to gather in locations including, but not limited to, playgrounds, theme parks, public swimming pools, schools, arcades, children's museums or other specific locations as designated by the probation officer. This provision does not encompass persons under the age of 18, such as waiters, cashiers, ticket vendors, etc., with whom you must deal in order to obtain ordinary and usual commercial services.

9. Your employment shall be approved by the Probation Officer, and any change in employment must be pre-approved by the Probation Officer. You must submit the name and address of the proposed employer to the Probation Officer at least 10 days prior to any scheduled change.

10. Your residence shall be approved by the probation officer, and any change in residence must be pre-approved by the Probation Officer. You must submit the address of any proposed residence to the Probation Officer at least 10 days prior to any scheduled change.

11. You must register with the state sex offender registration agency as required by state law. You must provide proof of registration to the Probation Officer within three days of release from imprisonment/placement on supervision. In any state that has adopted the requirements of the Sex Offender Registration and Notification Act (42 USC sec. 16901 et seq.), you must also comply with all such requirements as directed by the Probation Officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, are a student, or were convicted of a qualifying offense. The offense of 21 U.S.C. § 861 was committed in part for the purpose of sexual gratification.

12. You must participate in sex offender-specific treatment, as directed by the probation officer. You are to pay part or all of the cost of this treatment, at an amount not to exceed the cost of treatment, as deemed appropriate by the probation officer. The actual copayment schedule shall be determined by the probation officer. The probation officer may release all previous mental health evaluations to the treatment provider.

13. As part of the treatment program, you must submit to polygraph testing as recommended by the treatment provider. However, you retain your Fifth Amendment right to refuse to answer questions asked during the course of treatment absent a grant of use and derivative-use immunity.

14. As part of the treatment program, you must submit to psychological testing as recommended by the treatment provider.

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments.

| | Assessment | JVTA Assessment* | Fine | Restitution |
|---|---|---|---|---|
| **TOTALS** | $ 300 | N/A | Waived | $ 6,778.28 |

☐ The determination of restitution is deferred until. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☑ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| S.B. | | $5,434.28 | |
| Z.B. | | $1,344 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTALS** | | $6,778.28 | |

☑ Restitution amount ordered pursuant to plea agreement $ <u>6,778.28</u>

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the.

☐ the interest requirement is waived for the  is modified as follows:

---

* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows*:

**A** ☐   Lump sum payment of _____ due immediately, balance due

       ☐   not later than  , or
       ☐   in accordance with  ☐ C,  ☐ D, or  ☐ E, and/or  ☐ F below); or

**B** ☐   Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

**C** ☐   Payment in equal  (e.g., weekly, monthly, quarterly) installments of  _ over a period of  (e.g., months or years), to commence  (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐   Payment in equal  (e.g., weekly, monthly, quarterly) installments of  _ over a period of  (e.g., months or years), to commence  (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** ☐   Payment during the term of supervised release will commence within  (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☑   Special instructions regarding the payment of criminal monetary penalties:
**When incarcerated, payment of restitution and criminal monetary penalties, totaling $7,078.28 are due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program. Payment of the restitution and criminal monetary penalties shall be made to the Clerk of U.S. District Court, Attention: Financial Unit, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102. Upon commencement of supervised release, the restitution must be paid in monthly payments of not less than $100 or at least 10 percent of earnings, whichever is greater, to commence no later than 60 days from placement on supervision. Any established payment plan does not preclude enforcement efforts by the US Attorney's Office if you have the ability to pay more than the minimum due. Your restitution obligation shall be paid jointly and severally with other defendants in this case until full restitution is paid. The Court gives notice that this case involves other defendants who may be held jointly and severally liable for payment of all or part of the restitution ordered herein and may order such payment in the future, but such future orders do not affect your responsibility for the full amount of the restitution ordered.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>(including defendant number) | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|
| | | | |

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☑   The defendant shall forfeit the defendant's interest in the following property to the United States: property seized from 7515 Zeno Road in Upper Lake, California and/or 990 Junction Plaza Road in Clearlake, California:

---

* Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal,
(5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

001 REMINGTON 870 SHOTGUN sn# AB001433U
002 BROWNING MAGNUM SHOTGUN sn# 40316
003 MOSSBERG SHOTGUN SN# L615025
004 RUGER MINI-30 RIFLE SN# 196-45359
005 REMINGTON 522 VIPER RIFLE SN# 3221818
006 KEL TEC RIFLE SN#N1538
007 AR-15 VARIANT RIFLE SN# NO SERIAL NUMBER PRESENT
008 NORINCO SKS RIFLE SN# 11461833
009 NEMESIS VANQUISH SNIPER SN#0253
010 DSA SA58 SNIPER RIFLE SN#DS25019
011 LAPUA .338 SNIPER RIFLE SN# 03SM9018
012 AR-15 VARIANT RIFLE SN# NO SERIAL NUMBER PRESENT
013 AR-15 VARIANT RIFLE SN# NO SERIAL NUMBER PRESENT
014 RUGER 10/22 RIFLE SN# 232-35319
015 RUGER M77 MK.II RIFLE SN#781-91596
016 BURGO .270 RIFLE SN# 129416
017 AR-15 VARIANT RIFLE SN# NO SERIAL NUMBER PRESENT
018 SIG SAUER P230 SL PISTOL SN# S055564
019 SPRINGFIELD XD-40 PISTOL SN# US369178
020 SPRINGFIELD 1911-Al .45 PISTOL SN#NM53593
021 SPRINGFIELD XD-45 PISTOL SN# US721547
022 RUGER MKIII HUNTER PISTOL SN# 270-16804
023 PEPPER SPRAY CANISTERS
024 BALLISTIC VEST-COYOTE
025 POINT BLANK BALLISTIC VEST
026 BALLISTIC FACE SHIELD
027 BALLISTIC HELMET SN# 232479
028 L3 NIGHT VISION SCOPE
029 EOTECH HOLOGRAPHIC WEAP
030 EOTECH MAGNIFIER
031 HOLOGRAPHIC MAGNIFIER
032 LEUPOLD 4X12 SCOPE
033 BUSHNELL RIFLE SCOPE
034 LEUPOLD RIFLE SCOPE
035 TRIJICON ACOG T All WEAP
036 NIGHTFORCE WEAPON SCOPE
037 RIFLE SCOPE
038 BARRETT OPTICAL RANGING
039 DBAL A2 LASER SYSTEM
040 LASER SIGHTING SYSTEM
041 PVS-14 NIGHT VISION SCOPE
042 PVS-14 NIGHT VISION SCOPE
043 AN TVS-5 NIGHT SCOPE FO SN# 158111
044 MAGAZINE 12 ROUND
045 SIG SAUER MAGAZINE 7 ROUND
046 SPRINGFIELD MAGAZINE
047 GLOCK MAGAZINE 31 ROUND
048 SPRINGFIELD MAGAZINE 7
049 MAGAZINE SKS BANANA STYLE

050 SPRINGFIELD MAGAZINE 13
051 SPRINGFIELD MAGAZINE 10
052 MAGAZINE, RIFLE .338 CA
053 KEL TEC MAGAZINE l 0 ROUND
054 RUGER 10 ROUND 7MM MAGAZINE
055 MAGAZINE 8 ROUND .308
056 MAGAZINE 30 ROUND .223
057 MAGAZINE 20 ROUND .223
058 ALL AMMUNITION AND CASINGS SEIZED FROM LOCATION
059 GAS MASK SER#ILD04E204-
060 GLASS BATON
061 LOCK.PICK SET
062 UNIDEN RADIO, SN #05021805
063 MISC DOCUMENTS
064 DELL INSPIRON LAPTOP SN# l 2SBJD 1
079 SAMSUNG CELL PHONE SN A SN# A000002F9C289E
080 SAMSUNG CELL PHONE SN A SN# A0000039C7FEOA
081 LG CELL PHONE SN 909CYC SN# 909CYC0064915
082 LG CELL PHONE SN l0lCYD SN# 101CYDG0587586
083 LG CELL PHONE SN# 203CYMR 1029067
084 LG CELL PHONE SN 0I0KPP SN# 010KPPB0061512
The following property seized from 7515 Zeno Road, Upper Lake, CA and/or 990 Junction Plaza Road, Clearlake, CA:
001 BLANKET
002 BLANKET AND COMFORTER
003 WOMEN'S PANTS
004 TYVEK SUIT
005 GIRL'S UNDERWEAR
006 LEATHER LEASH
007 BOX WITH RESIDUE
008 WHITE AND PINK UNDERWEAR
009 RED FABRIC
010 CLOTH AND SOCK WITH HAIR
011 WOMEN'S CLOTHfNG
012 BLACK/GREY SHIRT
013 BLACK NYLON CORD
014 BAG OF ZIP TIES
015 CLOTHING
016 TAPE
017 WHITE TWINE
018 WHITE TISSUE
019 USED TISSUE WITH HAIR
020 CLOTH TOWEL
021 DUCT TAPE
022 CLOTH TISSUE
023 CIGARETTE BUTTS
024 USED CONDOM
025 BROWN BELT
026 BEAD NECKLACE
027 CLOTHING

028 LUBE
029 BLACK LINGERIE BOTTOMS
030 LEATHER COLLAR
031 CANINE SHOCK COLLAR
032 DISCARDED TISSUE WITH HAIR
033 BALL WITH STRING (GAG)
034 SOCK WITH TAMPON INSIDE
035 MEDICINE BOTTLE
036 WHITE ZIP TIE (CUT)
037 SIL VER KNIFE
038 SEX TOY PACKAGING
039 FOAM MATTRESS WITH SHEET
040 WOOD PIECES
045 LAPTOP SN# SERIAL NUMBER OBSCURED
046 HARD DRIVE SN#EC0840009009ACQ18391
047 HARD DRIVE SN# WCAV5V998842
048 OPTICAL MEDIA
049 LG MOBILE PHONE
050 METRO PCS SAMSUNG CELL
051 CATTLE PROD
052 WOODEN PADDLES
053 SCUBA DIVING WEIGHT BELT
054 KEYS (MISC)
055 PADLOCK WITH CHAIN 2 ea
056 PADLOCKS 5 ca
057 PULLEY HARDWARE
058 SOLDERING IRON
059 LICENSE PLATES
060 AAA-16 SCALE
061 MISC DOCUMENTS
062 CASTINGS
The following property seized from 7515 Zeno Road, Upper Lake, CA and/or 990 Junction Plaza Road, Clearlake, CA:
003 SAN DISK SD CARD 16GB
004 SONY MEMORY STICK
005 WESTERN DIGITAL EXTERNA SN#WCASV0104770
006 OPTICAL DISCS
007 SONY HANDYCAM VIDEO CAM SN# 1586726
008 SONY MINIDV VIDEO CAMER SN#425506
009 MINIDV CASSETTES
010 VHS "C" CASSETTE
011 POWER SUPPLY
012 POWER SUPPLY T ARGUS
013 POWER SUPPLY SONY
014 POWER SUPPLY AND AV CORD
015 MEN'S SUNGLASSES-TORTOISE
016 SUNGLASSES
017 LIPSTICK TUBES-GOLD
018 EYESHADOW PALETTE
019 BRJEFCASE LOCK INSTRUCT

020 CLOTHING
021 BONDAGE HARNESS
022 ANAL PLUG, BLACK
023 BRJEFCASE, BLACK, SIL VER
024 BRJEFCASE, BLACK, SILVER
The following property seized from 550 Jefferson Street, West Sacramento, CA:
001 ORANGE PRESCRIPTION BOTTLE
002 WHITE OBLONG PILLS
003 ORANGE PRESCRIPTION BOTTLE
004 ORANGE PRESCRIPTION BOTTLE
005 ORANGE PRESCRIPTION BOTTLE
006 FOIL ENVELOPES WITH PILLS
007 LG FLIP PHONE & CASE SN# 203CYQX 1080780
008 LG TRAC PHONE SN:302CYS SN# 302CYSF862094
009 SAMSUNG FLIP PHONE SN:A SN#A3LSCHU365
010 GARMINNUVI40GPS
011 MISCELLANEOUS CLOTHING
012 BLACK JACKET
013 SLEEPING BAG-COLEMAN
014 SLEEPING BAG-KELTY
015 COMFORTER (BLANKET)
016 BAGS (BACKPACK/STORAGE)
017 TOILETRIES
018 DOCUMENTS
019 SMALL POCKET KNIFE
020 KEYRING
021 PACKAGING FOR CATTLE PROD
The following property seized from 990 Junction Plaza Road, Clearlake, Ca:
001 SAMSUNG CELL PHONE
002 LG CELL PHONES LG-VNI5
003 CANON DIGITAL CAMERA SN SN#312063024116
004 GARMIN HANDHELD GPS DEV
005 HONEYWELL A VIA TI ON GPS SN#AA0 10589
006 ROPE WITH NOOSE
007 CARGO STRAPS
008 HEAVY DUTY CHAIN
009 PONYTAIL OF SUSPECTED HAIR
010 GLASS PIPE
011 CLOTHING
012 BLANKET (TINKERBELL)
013 SEX TOYS, DILDOS
014 MISC DOCUMENTS
015 METAL BOX4X2X2, CAMOUFLAUGE
016 SD CARDS 4 ea
017 THUMBDRIVE

☐    The Court gives notice that this case involves other defendants who may be held jointly and severally liable for payment of all
or part of the restitution ordered herein and may order such payment in the future, **but such future orders do not affect the
defendant's responsibility for the full amount of the restitution ordered.**